IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Patino, Gustavo

Printed: 10/23/07

Case Number: 07 B 12655
Judge: Hollis, Pamela S

Filed: 7/16/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 2. | Wells Fargo Bank | Secured | 0.00 | 0.00 |
| 3. | Real Time Resolutions | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Bank | Unsecured | 0.00 | 0.00 |
| 5. | Aspire Visa | Unsecured | 0.00 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 0.00 | 0.00 |
| 7. | Chase Bank | Unsecured | 0.00 | 0.00 |
|   |   |   | _____ | _____ |
|   |   |   | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate     Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____